JS-6

```
PETER W. CAVETTE (Cal Bar # 50261)
544 E. ROUTE 66
Glendora, CA 91740
(626) 963-1106
(626) 963-1108 (fax)
Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BEASLEY, et. al., , | ) Case No.: EDCV 11-0382 VAP(OPx) |
| Plaintiffs, | ) ~~PROPOSED~~ |
| vs. | ) DEFAULT JUDGMENT BY CLERK |
| GUSTAVO MELENDEZ, individually and doing business as EMPIRE CONTRACTING ROOF SERVICE, | ) |
| Defendant | ) |

The defendant, Gustavo Melendez, individually and doing business as Empire Contracting Roof Service, having failed to plead or otherwise defend in this action, and the default having been heretofore entered; upon application of the Plaintiffs and the Declaration of Sue Perillo that Defendant is indebted to the Plaintiffs in the sum of $47,781.31 ($43,437.55 in fringe benefits and $4,343.76 in liquidated damages), that Defendant has been defaulted for failure to appear pursuant to Rule 55 (1) of the Federal Rules of Civil Procedure; and the claim is

REQUEST FOR ENTRY OF DEFAULT JUDGMENT BY CLERK - 1

for a sum certain or for a sum which by computation may be made certain it is hereby:

ORDERED, ADJUDGED AND DECREED, that the Plaintiffs Brent Beasley, Ernest Glascow, Bill Peters, Armando Sainez, Trustees of the Union Roofers Supplemental Annuity Trust, Union Roofers Health and Welfare Fund, Union Roofers Vacation Fund, Union Roofers Administrative Fund, Union Roofers Joint Apprenticeship and Training Fund recover from Defendant Gustavo Melendez, individually and doing business as Empire Contracting Roof Service, the sum of $47,781.31, with no costs or interest from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk of the Court at the request of Plaintiffs and on the declarations of Sue Perillo and Peter W. Cavette that the same is due, in accordance with Rule 55 (b)(1) of the Federal Rules of Civil Procedure.

Dated: May 10, 2011             A. Morris    

                                    Deputy Clerk